**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 13-cv-02992-REB-MJW

BROOKE COWDEN,
KRISTIAN COWDEN, and
WESTON COWDEN,

    Plaintiffs,

vs.

CENTURY THEATRES, INC.,

    Respondent.

## ORDER TRANSFERRING CASE

**Blackburn, J.**

    After conferring with the Honorable R. Brooke Jackson, United States District Judge for the District of Colorado, as required by D.C.COLO.LCivR 7.5E., and with the approval of the Honorable Marcia S. Krieger, Chief Judge of the United States District Court for the District of Colorado, as required by D.C.COLO.LCivR 40.1A., this case should be transferred to Judge Jackson by special assignment as a related case under D.C.COLO.LCivR 40.1C.4.b.

    **THEREFORE, IT IS ORDERED** that pursuant to D.C.COLO.LCivR 40.1A. and C.4.b., this case is **TRANSFERRED** to the Honorable R. Brooke Jackson, United States District Judge.

    Dated November 13, 2013, at Denver, Colorado.

                                                    **BY THE COURT:**

                                                    Robert E. Blackburn
                                                    United States District Judge